## Commonwealth ex rel. Attorney General *v.* Shelby.

Argued September 28, 1925.   Original proceeding in the Supreme Court to test right of Governor to remove a Public Service Commissioner.   Miscellaneous Docket, No. 3, in case of Commonwealth ex rel. George W. Woodruff, Attorney General, v. S. Ray Shelby.   Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.   Demurrer to answer overruled and writ dismissed.

Proceeding in quo warranto.

An answer was filed to which the Commonwealth demurred.

*Wm. A. Schnader,* Special Deputy Attorney General, with him *George W. Woodruff,* Attorney General, for Commonwealth.

*William Watson Smith,* with him *Frank B. Ingersoll, H. E. Hackney* and *Gordon, Smith, Buchanan & Scott,* for defendant.

OPINION BY MR. CHIEF JUSTICE MOSCHZISKER, November 23, 1925:

In its essential facts, this case is the same as Commonwealth ex rel. v. Benn, and both were presented together; all that is said in the opinion there filed applies here.

The demurrer to defendant's answer is overruled and the writ is dismissed.